**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| LYONA DAVIS,<br><br>      Plaintiff,<br><br>    v.<br><br>CITY OF LONG BEACH, et al.,<br><br>      Defendants. | Case No.   CV 08-3902-ODW (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the complaint and all of the records and files herein including the Report and Recommendation of the United States Magistrate Judge.  The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that judgment be entered dismissing the complaint without prejudice.

    IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order and the Judgment on all parties.

Dated: December 22, 2008

_____
Otis D. Wright, II
United States District Judge

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| LYONA DAVIS,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF LONG BEACH, et al.,<br><br>          Defendants. | Case No.  CV 08-3902-ODW (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

   Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the complaint and all of the records and files herein including the Report and Recommendation of the United States Magistrate Judge.  The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that judgment be entered dismissing the complaint without prejudice.

   IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order and the Judgment on all parties.

Dated: December 22, 2008

_____
Otis D. Wright, II
United States District Judge