JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LYONA DAVIS, | Case No.  CV 08-3902-ODW (MLG) |
| Plaintiff, | JUDGMENT |
| v. | |
| CITY OF LONG BEACH, et al., | |
| Defendants. | |

IT IS ADJUDGED that this action be dismissed with prejudice.

Dated: December 22, 2008

_____
Otis D. Wright, II
United States District Judge